UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:96-CR-00134

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| MARCUS SIFFORD, | ) ) | |
| Defendant. | ) ) | |

UPON MOTION OF the Defendant Marcus Sifford *pro se* (Doc. No. 381) and with the support of the United States Probation Office, the Court hereby terminates early the Defendant's supervised release, effective immediately.

IT IS SO ORDERED.

Signed: September 9, 2013

Frank D. Whitney
Chief United States District Judge